7 So.2d 489
### Tom McELROY v. STATE.
### 6 Div. 11.

Supreme Court of Alabama.
April 9, 1942.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for the petition.

Pennington & Tweedy, of Jasper, opposed.

THOMAS, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of McElroy v. State, 7 So. 2d 508, where a judgment of conviction of transporting prohibited liquors in quantity of five gallons or more was reversed.

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.